FILED

02/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0720

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 22-0720

D. MICHAEL EAKIN
Eakin & Berry, P.L.L.C.
P.O. Box 2218
Billings, Montana, 59103
(fax) 406-969-6007
406-969-6001
eakin.406law@gmail.com

Attorney for Defendant

| | | |
|---|---|---|
| GUARDIAN TAX MT, LLC. | ) | |
|         Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEANNETTE TASEY, and all other persons | ) | |
| Unknown, claiming or who might claim any | ) | |
| Right, title estate or interest in or lien or | ) | ORDER EXTENDING |
| Encumbrance upon the real property described | ) | TIME TO FILE |
| In the complaint adverse to Plaintiff's | ) | OPENING BRIEF |
| Ownership or any cloud upon Plaintiff's title | ) | |
| Whether the claim or possible claim is present | ) | |
| Contingent, | ) | |
|         Defendants. | ) | |
| | ) | |

Upon the unopposed motion for extension of time to file the opening brief and good cause appearing,

IT IS ORDERED that Appellant may have until April 3, 2023, to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 28 2023